IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:89CR145 | US v. Samuel Anderson |
| 8:92CR14 | US v. Butler, et al. |
| 8:92CR117 | US v. Johnson, et al. |
| 8:93CR77 | US v. Ray Patterson |
| 8:93CR121 | US v. Bruce A. Billesbach |
| 8:95CR79 | US v. Clarence Robinson |
| 8:95CR119 ` | US v. Raul Chavez |
| 8:95CR128 | US v. Richard Thomas, et al. |
| 8:96CR46 | US v. Milton, et al. |
| 8:96CR133 | US v. Benitez-Meraz |
| 8:98CR2 | US v. Efrain Gomez |
| 8:98CR199 | US v. Anthony Hardy |
| 8:98CR255 | US v. Johnny Lee Titsworth |
| 4:98CR3004 | US v. Charles P. Seacrest |
| 4:98CR3111 | US v. Eric Michael |
| 8:99CR80 | US v. Gene Abboud, et al. |
| 8:99CR80 | US v. Susan Germer, et al. |
| 8:99CR141/144 | US v. Saul Rodrigues, et al. |
| 8:99CR145 | US v. Caballero-Chavez, et al. |
| 4:99CR3024 | US v. Richard Eddy |
| 8:00CR150 | US v. Anthony Marion |
| 8:00CR204/206/207/208/210/212 | US v. Clark, et al. |
| 8:00CR304 | US v. Jamison Alford |
| 8:00CR306 | US v. Kevin Moore |
| 8:00CR307 | US v. Walter Harris |
| 8:01CR123 | US v. Malik Jarmon |
| 8:01CR128 | US v. Renauld Fox |
| 8:01CR130 | US v. Lafayette Ely |
| 8:01CR207 | US v. Donald E. Coleman |
| 8:01CR215 | US v. Tracy A. Cook |
| 8:01CR219 | US v. Elijah Harris |
| 8:01CR221 | US v. Valentin Valdez-Espinoza |
| 8:01CR240 | US v. Roscoe Wallace |
| 8:01CR319 | US v. Vondray Martin |
| 8:01CR320 | US v. Pierre Hagler |
| 8:01CR322 | US v. Deandrae Johnson |
| 8:01CR323 | US v. Michael Hill |
| 8:01CR325 | US v. Jimmy Swain |

| | |
|---|---|
| 8:02CR23 | US v. Lafayette Trotter, Jr. |
| 8:02CR124 | US v. Anthony Felton |
| 8:02CR125 | US v. Ronald Hoskins |
| 8:02CR126 | US v. Michael E. Smith |
| 8:02CR127 | US v. Gregory Turner Figures |
| 8:02CR128 | US v. Trinity Briggs |
| 8:02CR128 | US v. Taro Brandon Taylor |
| 8:02CR181 | US v. Efrain Villanueva |
| 8:02CR215 | US v. Stanley Crawford |
| 8:02CR218 | US v. Hersel Raymar Bradley |
| 8:02CR265 | US v. Juan Ray Mendez |
| 8:02CR346 | US v. Deshawn Grant |
| 8:02CR390 | US v. Lionel Cawthon |
| 4:02CR3110 | US v. Melissa Frazier |
| 8:02CR415 | US v. Patrick Russell |
| 8:02CR420 | US v. Kelion Veland |
| 8:02CR422 | US v. Carlos Carter |
| 8:02CR432 | US v. James Benford |
| 8:02CR436 | US v. Tyree Lampkin |
| 8:03CR51 | US v. Calvin Patrick McLenon, et al. |
| 8:03CR136 | US v. Michael E. Williams |
| 8:03CR196 | US v. Jeremy Walker |
| 8:03CR280 | US v. Kenda D. Fergus |
| 8:03CR288 | US v. Terrell Brown |
| 8:04CV518 | US v. Lance A. Coffer |

DATED this 30TH day of May, 2007.

BY THE COURT

s/Lyle E. Strom
Senior United States District Judge