IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY MARION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to continue disposition hearing (Filing No. 333). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that final dispositional hearing on the petition for offender under supervision (Filing No. 322) is rescheduled for:

**Friday, June 5, 2009, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 21st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court