IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANTHONY MARION, | ) | |
| Defendant. | ) | |

On June 5, 2009, the defendant appeared with counsel for a hearing on a Petition for Warrant for Offender Under Supervision. (Filing No. 322 ). Defendant was present and represented by Jessica P. Douglas. Plaintiff was represented Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation number 1 contained within the Petition is true and the Court found the defendant to be in violation of conditions of his supervised release.

The Court then proceeded to a dispositional hearing.

IT IS THEREFORE ORDERED:

The defendant's supervised release is hereby revoked. No additional term of imprisonment is ordered, and defendant is placed back on supervised release subject to the terms and conditions of supervised release originally imposed on October 31, 2000 (Filing No. 164) as reflected in the Judgment and Commitment Order dated November 3, 2000 (Filing No. 179).

Dated this 5th day of June, 2009.

LYLE E. STROM, Senior Judge
United States District Court